**MARINE TRAVELIFT INC.,**
Plaintiff–Appellant,

v.

**ASCOM SPA and International Boatlift Exchange Inc.,**
Defendants–Appellees.

No. 2014–1810.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2014.

John C. Scheller, Michael Best & Friedrich, LLP, Madison, WI, for Plaintiff–Appellant.

Jonathan David Jay, Hellmuth & Johnson PLLC, Edina, MN, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Marine Travelift Inc. moves without opposition to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.